THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREA HARRIS,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

Case No. C09-0237JCC

ORDER

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 36), to which there has been no timely objection. After careful consideration of Plaintiff's motion for attorneys' fees, the parties' briefs, the Report and Recommendation, and the balance of the record, the Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff is awarded $8,077.94 in attorney's fees and $22.61 in costs made payable to, and mailed directly to plaintiff's attorney, Eitan K. Yanich.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 27th day of May, 2010.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1